FILED
JAN 1 2 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>   v.<br><br>TINA KAFKA,<br><br>           Defendant. | Criminal Case No. <u>08CR3367-L</u><br><br><u>I N F O R M A T I O N</u><br>**SUPERCEDING**<br><br>Title 18, U.S.C., Sec. 2701,<br>Unlawful Access to Stored<br>Communications |

The United States Attorney charges:

On various dates beginning in or about December 2006 and continuing to and including November 7, 2007, within the Southern District of California, the defendant, TINA KAFKA, intentionally accessed without authorization a facility through which an electronic communication service is provided, as defined in Title 18, United States Code, Section 2510(15), and thereby obtained an electronic communication while the communication was in electronic storage in such system, to wit: KAFKA gained unauthorized access to Explorer Elementary Charter School's email server by logging into email accounts assigned to other employees, and thereby obtained access to

opened and unopened email messages, all in violation of Title 18, United States Code, Section 2701.

DATED: January 12, 2009

KAREN P. HEWITT
United States Attorney

NICOLE ACTON JONES
Assistant U.S. Attorney