# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2010 FEB -1 AM 11: 58

Clerk's Office File Stamp

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Lorenz__
FROM: _____, Deputy Clerk      RECEIVED DATE: __1/28/10__
CASE NO.: __08-CR-3367-L__      DOCUMENT FILED BY: __Defendant__
CASE TITLE: __United States v. Tina Kafka__
DOCUMENT ENTITLED: __Letter__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1.j.5 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself or requires leave of court |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Ex parte communication with judge prohibited (Local Rule 83.9); |

Date forwarded: _____

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐  The document is to be filed nunc pro tunc to date received.

☒  The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties. Forward copy of this order and letters to defense counsel.

Rejected document returned to pro se or inmate? ☐ Yes.      Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 1.3.

CHAMBERS OF: __Judge Lorenz__

Dated: __1/28/10__      By: __PB__
cc: All Parties

Honorable M. James Lorenz
U.S. District Court
880 Front St. Ste. 4290
San Diego, CA 92101

January 18, 2010

Re: Case # 08CR3367-L

**REJECTED**

Dear Judge Lorenz:

It has been a year since I was given two years of probation for misdemeanor "unlawful access to stored communication," a terrible lapse in judgment on my part that stemmed from anguish at having been left by my husband of nearly 20 years. This is by no means an excuse. I know that what I did was wrong. A year of intensive therapy has helped me to understand how I contributed to an intolerable situation and has given me the tools to deal with the emotional blows that life doles out without resorting to behaviors that are not only illegal, but demeaning to me personally.

This year has been a valuable one in many ways. It has helped me to appreciate just how fragile life can be and how quickly it can turn from ordinary to extraordinary. I have become much more self-sufficient and recognize that I can depend on myself to solve problems and take care of life's challenges. While I was at the Metropolitan Correctional Center, I encountered incredible kindness and empathy from the other women there. I am a teacher who teaches reading and writing skills to adults who are working to earn their GEDs. While I do not share this aspect of my past with my students, I must say that I have gained enormous empathy for students who struggle to surmount challenges that I only glimpsed during the four days I spent at MCC.

I have dutifully reported in on the first of each month as required by my probation and have complied strictly with every condition. I have not been questioned by law enforcement. I do not associate with anyone who owns a gun or takes drugs or has a criminal history. I have attended therapy twice a week for