EXHIBIT A

Honorable M. James Lorenz
U.S. District Court
880 Front St. Ste. 4290
San Diego, CA 92101

January 18, 2010

Re: Case # 08CR3367-L

Dear Judge Lorenz:

It has been a year since I was given two years of probation for misdemeanor "unlawful access to stored communication," a terrible lapse in judgment on my part that stemmed from anguish at having been left by my husband of nearly 20 years. This is by no means an excuse. I know that what I did was wrong. A year of intensive therapy has helped me to understand how I contributed to an intolerable situation and has given me the tools to deal with the emotional blows that life doles out without resorting to behaviors that are not only illegal, but demeaning to me personally.

This year has been a valuable one in many ways. It has helped me to appreciate just how fragile life can be and how quickly it can turn from ordinary to extraordinary. I have become much more self-sufficient and recognize that I can depend on myself to solve problems and take care of life's challenges. While I was at the Metropolitan Correctional Center, I encountered incredible kindness and empathy from the other women there. I am a teacher who teaches reading and writing skills to adults who are working to earn their GEDs. While I do not share this aspect of my past with my students, I must say that I have gained enormous empathy for students who struggle to surmount challenges that I only glimpsed during the four days I spent at MCC.

I have dutifully reported in on the first of each month as required by my probation and have complied strictly with every condition. I have not been questioned by law enforcement. I do not associate with anyone who owns a gun or takes drugs or has a criminal history. I have attended therapy twice a week for

a year (and continue to do so) at my own expense. I have been on the administrative caseload for several months.

I am writing to request that you terminate my probation so that I may take advantage of an amazing opportunity I have to attend Columbia University Teachers College in New York to earn my Masters degree in reading instruction. I was accepted to the program for this school year, but deferred my attendance for one year. If I do not begin in May, I forfeit the opportunity. My two sons also live in New York. My intention is to specialize in adult literacy, and I am especially excited about a fellowship program that will allow me to work to improve the literacy of incarcerated mothers at Riker's Prison. I am truly passionate about this pursuit. I then plan to return to San Diego to continue my work at Continuing Education, the non-credit portion of the San Diego Community College District. I am speaking to my program chairman this week to determine a Masters degree research project that would most benefit our Continuing Education students.

Thank you for your consideration and for your kindness when I appeared in court last January,

*Tina Kafka*

Tina Kafka

1812 Altura Place
San Diego, CA 92103
619.299.5044
tinakafka@gmail.com

ph: 619-299-5044

EXHIBIT B

MARJORIE MILSTEIN, LCSW
3551 FRONT STREET
SAN DIEGO. CA 92103
619-543-1133

January 16, 2010

Dear Judge Lorenz,

I am writing on behalf of Tina Kafka, a long time neighbor and friend of 25 years. I understand that Ms. Kafka is requesting that her probation be terminated early and this letter is meant to strongly support that request.

Though I am aware Ms. Kafka experienced difficulties around her separation from her husband, I am also very aware of her life-long track record as an upstanding neighbor and citizen, and her many contributions to the local educational community in terms of teaching, curriculum development, and publications. She has worked very diligently over the last year to remediate any mistakes she had made during the tumultuous time of her separation from her husband of 20 years. Ms. Kafka has been working hard this year teaching under-served populations and continues to work on a contract basis writing science books for elementary and junior high children. I have always known her to be hard-working and responsible.

I am aware Ms. Kafka has a very significant opportunity this upcoming May to begin a masters program at Columbia University's prestigious Teachers College. These opportunities don't present themselves often and I am hoping you will grant her the opportunity to take advantage of furthering her education, which will also serve to help secure her financial future.

Thank you for taking the time from your busy schedule to listen, and for your consideration in this matter.

Sincerely,

*Marjorie Milstein*

Marjorie Milstein, LCSW
Licensed Clinical Social Worker

Retired Faculty, San Diego State University,

Graduate School of Social Work

January 12, 2010

Dear Judge Lorenz,

I am writing to you in support of Tina Kafka's request to have her probation terminated. She has a wonderful opportunity which would not be able to be realized if this is not done.

I have known Tina for over 33 years as a friend, neighbor and mother of same age children who were friends with each other. I have witnessed her teaching career and know that she has done extraordinary things as a teacher, from having her students plant a garden, while a teacher at the Children's School in La Jolla, to motivating adults from much less fortunate backgrounds to complete their education and make something meaningful out of their lives. She now has an opportunity to attend the top teacher's college in the nation, with the goal of teaching adult literacy. I know that she will use this opportunity in a very creative, meaningful way, and in a way that will have a maximal impact on her students. Tina has written several educational books and is a gifted writer as well as teacher, thus opening the possibility of reaching even more people besides her own students.

The last 2 years have been difficult for her, yet she has continued to do very valuable work with immigrants and disadvantaged adults who have praised her as being the catalyst that helped change their lives.

Now she has earned admission to a coveted program where she will increase her skills and knowledge even further. She deserves to be able to complete this goal which will put her life back on a positive track, as well as having great benefit to many future students.

Sincerely yours,

Susan Horowitz, M.D., M.P.H.