LA BELLA & MCNAMARA, LLP
CHARLES G. LA BELLA (SBN 183448) clabella@labellamcnamara.com
THOMAS W. MCNAMARA (SBN 127280) tmcnamara@labellamcnamara.com
CHRYSTA L. ELLIOTT (SBN 253298) celliott@labellamcnamara.com
401 West A Street, Suite 1150
San Diego, California 92101
Telephone: (619) 696-9200
Facsimile: (619) 696-9269

Attorneys for Defendant Tina Kafka

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR3367-L |
| Plaintiff, | ) **DECLARATION OF CHRYSTA ELLIOTT** ) **IN SUPPORT OF DEFENDANT'S** |
| vs. | ) **MOTION FOR EARLY TERMINATION** ) **OF PROBATION** |
| TINA KAFKA, | ) |
| Defendant. | ) **No Oral Argument Pursuant to Local Rule** ) ) Judge: Hon. M. James Lorenz ) Ctrm: 14 (5th Floor) ) |

I, CHRYSTA ELLIOTT, declare as follows:

1. I am an attorney admitted to practice law before all of the courts of the State of California. I am an associate in the law firm of La Bella & McNamara, LLP, and counsel for Tina Kafka in the above-captioned matter. I am a member in good standing of the California Bar. I submit this Declaration in Support of Tina Kafka's Motion for Early Termination of Probation.

2. Before making this motion, I communicated with Assistant United States Attorney Nicole Jones and Probation Officer Kasey McCoskery about this matter and outlined for them the nature of the request and the desired relief. The Probation Office and the Government advised that they do not oppose the motion.

///

1 | I hereby declare under penalty of perjury under the law of the State of California, that
2 | the foregoing is true and correct to the best of my knowledge, information and belief.
3 | Executed this 24 day of February, 2010, San Diego, California.

La Bella & McNamara, LLP

 **/s/ Chrysta L. Elliott**
By: CHRYSTA L. ELLIOTT
Attorney for Defendant