**PROOF OF SERVICE**

*United States of America v. Tina Kafka*
United States District Court of the Southern District of California
Case Number: 08CR3367-L

I, Maria A. Simental, declare as follows:

I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 West "A" Street, Suite 1150, San Diego, California 92101.

On February 24, 2010 I served the foregoing document(s) described as:

1. **NOTICE OF MOTION AND MOTION FOR EARLY TERMINATION OF PROBATION**
2. **DECLARATION OF CHARLES G. LA BELLA IN SUPPORT OF DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION**
3. **PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as follows:

Nicole Acton Jones  *Counsel for Plaintiff*
U.S. Attorneys Office Southern District of CA
880 Front Street, Room 6293
San Diego, CA 92101
Email: Nicole.Jones@usdoj.gov

Mr. Kasey McCoskery
Probation Officer
101 West Broadway, Suite 700
San Diego, CA 92101-7991

☒ By Email/ ECF by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above

☐ By Email: I caused the documents to be sent to the persons at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ By First Class Mail: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that

practice, it would be deposited with United States postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ By Personal Service: I served the documents referenced above by placing them in an envelope or package addressed to the person(s) at the addresses listed and providing them to a professional messenger for service on this date.

☐ By Overnight Delivery: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with Overnite Express and Federal Express. Under that practice, it would be deposited with Overnite Express and/or Federal Express on that same day thereon fully prepaid at San Diego California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ By Facsimile: Based on agreement of the parties to accept service by fax transmission, I faxed the documents on this date to the person(s) at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (STATE): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed February 24, 2010 in San Diego, California.

*Maria A. Simental* (signature)
Maria A. Simental